41 A.3d 856

**In the Interest of N.W.**

**Petition of G.B., Father.**

**No. 24 EM 2012.**

Supreme Court of Pennsylvania.

April 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Permission to File Supplemental Motion to Nun [sic] Pro Tunc of Appeal Out of Time, and Legal Malpractice" are **DENIED.**